SCWC-11-0000654

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

ALFRED KALANI BEAVER, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000654; FC-CR NO. 08-1-532)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
with Pollack, J., dissenting separately,
with whom Acoba, J., joins)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on May 6, 2013, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 20, 2013.

Robert K. Allen                    /s/ Mark E. Recktenwald
for petitioner
                                   /s/ Paula A. Nakayama
Jefferson R. Malate
for respondent                     /s/ Sabrina S. McKenna